## Commonwealth *v.* Swinnie, Appellant.

Before HONEYMAN, J.

Submitted September 8, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tedford, Appellant.

Before CLARKE, J.

Submitted November 17, 1975. *John R. Corbett,* Trial Defender, *John J. Dean,* Chief, Appellate Division and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.